IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., #259380, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-790-SRW |
| | ) [WO] |
| | ) |
| DR. SADEEK, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is the

ORDER, JUDGMENT AND DECREE of this court that:

1. The motion to dismiss filed by defendant Sadeek be GRANTED to the extent the defendant seeks dismissal of this case due to the plaintiff's failure to exhaust the administrative remedy currently available to him at the Bullock Correctional Facility.

2. The claims against defendant Sadeek be DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust the administrative remedy presently available to him at the Bullock Correctional Facility.

Done, this 4th day of February, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE